# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**United States of America**

**N O T I C E**

vs

Case Number 2:17-cr-151
Magistrate Judge Kimberly A. Jolson

**Salim Dahdah (1)**
**Cindy Dahdah (2)**

**[ X ]  TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: Joseph P Kinneary U.S. Courthouse
       85 Marconi Boulevard, Rm 228      **August 3, 2017 @ 11:30 a.m**.
       Columbus, Ohio  43215

Type of Proceeding:  **BOND CONFERENCE**

                            Kimberly A. Jolson
                            United States Magistrate Judge
                            (614) 719-3470

                            *s/Jessica Rector*
Date:  July 21, 2017                (By) Jessica Rector/Courtroom Deputy
                            (614) 719-3026

To:
    See electronic notice for counsel served

    Please call Jessica Rector (614-719-3026) if any counsel or parties have been omitted.