# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 2:17-CR-00151 |
| Plaintiff, | ) | |
| | ) | JUDGE SARGUS |
| v. | ) | |
| SALIM DAHDAH | ) | |
| and | ) | |
| CINDY DAHDAH | ) | |
| Defendant. | ) | |

## DEFENDANT CINDY DAHDAH'S MOTION *IN LIMINE*

Defendant Cindy Dahdah, by and through her undersigned counsel, respectfully submits the following motion *in limine* pursuant to Federal Rule of Evidence 403, seeking to preclude certain evidence as detailed in the Memorandum appended below.

## MEMORANDUM IN SUPPORT

On July 11, 2017, Defendants Salim and Cindy Dahdah were indicted on various counts of conspiracy to commit healthcare fraud, health care fraud, and health care false statements. Trial in this matter is scheduled to begin on August 6, 2018. The search warrant affidavit completed by the Government contains a number of averments regarding purported gambling habits of Ms. Dahdah. In particular, Paragraph 25 of the search warrant affidavit details several alleged financial transactions involving casinos in Ohio, Nevada, and Florida. This paragraph also provides information on alleged cash withdrawals made from Defendants' business banking accounts at

Fifth Third Bank. The Government claims that Ms. Dahdah's cash withdrawals from the business banking accounts coincide with cash-ins at various casinos. Because evidence of these gambling transactions, or any evidence whatsoever regarding Ms. Dahdah's purported gambling activities, is both irrelevant and prejudicial, it should be excluded from presentation at trial. The Federal Rules of Evidence permit introduction of relevant evidence only. Evidence of Ms. Dahdah's purported gambling activities is not relevant to the health care fraud crimes for which she is charged. Even if this evidence were somehow relevant, it should nevertheless be excluded because it is substantially more prejudicial than probative.

Pursuant to Federal Rule of Evidence 403, "the court may exclude relevant evidence if its probative value is substantially outweighed by a danger of . . . unfair prejudice, confusing the issues, [or] misleading the jury." Fed. R. Evid. 403. Here, the Government's contention that Ms. Dahdah gambled involving significant monies, will be extremely prejudicial and confusing in the eyes of the jury. Once jurors hear this information, they will be apt to make assumptions about Ms. Dahdah that are both unwarranted and unfair. Ms. Dahdah is not likely to have a reasonable opportunity to rebut those assumptions because of the automatic stigma associated with the subject matter. The danger of this prejudice far outweighs the probative effect of the evidence. This prejudice will lead to an unfair trial for Ms. Dahdah, and the evidence should be excluded.

Accordingly, Defendant Cindy Dahdah respectfully requests this Court enter the attached proposed order, precluding the Government from introducing any evidence of purported gambling activities at trial.

Dated: July 9, 2018

Respectfully submitted,

*/s/ Karl H. Schneider*
Karl H. Schneider (0012881), Trial Counsel
MCNEES WALLACE & NURICK LLC
21 East State Street, Suite 1700
Columbus, Ohio 43215
Telephone: (614) 719-2843
Facsimile: (614)-614-469-4653
kschneider@mcneeslaw.com

Sarah Hyser-Staub (*pro hac vice*)
(admitted 1-24-18 by order of Court)
MCNEES WALLACE & NURICK LLC
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17106-1166
Telephone: (717)-237-5473
Facsimile: (717)-260-1639
sstaub@mcneeslaw.com

*Counsel for Defendant Cindy Dahdah*

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

Kenneth F Affeldt
LEAD ATTORNEY
US Attorney's Office
303 Marconi Boulevard 2nd Floor
Columbus, OH 43215
614-469-5715
Email: ken.affeldt@usdoj.gov

Maritsa Ann Flaherty
Ohio Attorney General Health Care Fraud Section
150 E. Gay Street, 17th Floor
Columbus, OH 43215
614-466-0722
Fax: 866-761-0234
Email: maritsa.flaherty@ohioattorneygeneral.gov

                                              */s/ Karl H. Schneider*
                                                   Karl H. Schneider (0012881)