# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                   Case No. 2:17-cr-151
     v.                          CHIEF JUDGE EDMUND A. SARGUS, JR.

SALIM DAHDAH, M.D.,
*et al.*,

     Defendants.

## ORDER MEMORIALIZING FINAL PRETRIAL CONFERENCE

On July 27, 2018, the parties came before the Court for a final pretrial conference. In accordance with the Court's rulings on the record, the motions *in limine* are hereby **GRANTED in part** and **DENIED in part**. (ECF Nos. 31, 32.)

**IT IS SO ORDERED.**

_7-30-2018_
**DATED**

EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT JUDGE**