UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 2:17-cr-151
CHIEF JUDGE EDMUND A. SARGUS, JR.

SALIM DAHDAH, M.D.,
*et al.*,

    Defendants.

## ORDER

For good cause shown, the Government's Motion to Dismiss Count Five (5) of the Indictment against Defendants Salim and Cindy Dahdah is **GRANTED**.

**IT IS SO ORDERED.**

_7-31-2018_
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE