UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 2:17-cr-151
CHIEF JUDGE EDMUND A. SARGUS, JR.

SALIM DAHDAH, M.D.,
*et al.*,

    Defendants.

## OPINION AND ORDER

Dr. Salim Dahdah and Cindy Dahdah came before the Court for a trial beginning on August 6, 2018, for conspiracy to commit health care fraud, health care fraud, and false statements relating to health care matters. During testimony put forward by Defendant Salim Dahdah, it became apparent to the Court that documents relied on by the witness had been altered. Over the course of two days, as documented by the record, the Court and parties worked to find an alternate remedy to the situation. The Court found a reasonable belief exists that Dr. Dahdah altered said documents. Ultimately, Defendant Dahdah's counsel moved to withdraw from the case, citing conflict between his ethical duties as an attorney and his obligation to represent his client's best interests.

For the reasons stated on the record, the Court **GRANTED** attorney Kevin Connor's Motion to Withdraw, **REVOKED** bond for Defendant Salim Dahdah, and, with the consent of Cindy Dahdah and for the reason of manifest necessity, **DECLARED** a mistrial.

This case will be set for a new trial.

**IT IS SO ORDERED.**

8-17-2018
**DATED**

**EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**