AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

United States of America

v.

Case No.    2:17-cr-151 (1)

Salim Dahdah, M.D.
*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Salim Dahdah M.D.

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☒ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
The defendant was ordered detained by Chief Judge Sargus on 8/17/18 to the custody of the United States Marshals Service.

Date:    08/20/2018

*Issuing officer's signature*

City and state:    Columbus, Ohio

Scott Miller, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  8/20/18 , and the person was arrested on *(date)*  8/17/18 at *(city and state)*  Columbus, OH . |

Date:    8/20/18

*Arresting officer's signature*

Dush Josh Lupica
*Printed name and title*