# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**         **NOTICE**

v.                                  Case No. 2:17-cr-151
                                    **CHIEF JUDGE SARGUS, JR.**

**SALIM DAHDAH,** *et al.*,

        **Defendants.**

      **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:       United States District Court
               Joseph P. Kinneary U.S. Courthouse
               85 Marconi Boulevard
               Columbus, Ohio 43215

TYPE OF PROCEEDING: **TELEPHONE CONFERENCE**
                                       **Re: R. 63 Joint Motion to Continue**

      **TAKE NOTICE** that a Telephone Conference will be held before the Honorable Edmund A. Sargus, Jr. on **September 18, 2018 at 9:30 A.M**. The parties are directed to call **888-684-8852** and enter the access code **9586353#** and the conference security code 1510.

                                           **EDMUND A. SARGUS, JR.**
                                           **UNITED STATES CHIEF DISTRICT JUDGE**

DATE:   September 10, 2018

                                            /s /   Christin M. Werner
                                            (By) Christin M. Werner, Deputy Clerk