UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 2:17-cr-151
Chief Judge Edmund A. Sargus, Jr.

SALIM DAHDAH, M.D., *et al.*,

    Defendants.

## ORDER

On September 18, 2018, a telephone status conference was held. The Court **GRANTS** Salim and Cindy Dahdah's ("Defendants") Joint Motion to Continue the Trial Date. (ECF No. 63.) The Court continues Defendants' trial to February 19, 2019. The Court **GRANTS** Cindy Dahdah's Motion to Modify Conditions of Release (ECF No. 55) with the following conditions:

1. Cindy Dahdah will remain under house arrest with electronic monitoring;
2. Cindy Dahdah may leave her residence only for the purposes of shopping, hygiene, and religious activities;
3. Cindy Dahdah is not to leave her residence without prior permission from United States Probation Office.

**IT IS SO ORDERED.**

9-20-208
DATE

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**