IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        NOTICE

v.                                          Case No. 2:17-cr-151(1)
                                              CHIEF JUDGE SARGUS, JR.

SALIM DAHDAH,

        Defendant.

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court        **COURTROOM #2**
          Joseph P. Kinneary U.S. Courthouse
          85 Marconi Boulevard              **November 8, 2018 at 2:30 P.M.**
          Columbus, Ohio 43215

TYPE OF PROCEEDING: **CHANGE OF PLEA**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

**EDMUND A. SARGUS, JR.**
**UNITED STATES CHIEF DISTRICT JUDGE**

DATE:  October 18, 2018

    /s /   Christin M. Werner
(By) Christin M. Werner, Deputy Clerk