IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                         NOTICE

v.                                          Case No. 2:17-cr-151(1)
                                                CHIEF JUDGE SARGUS, JR.

SALIM DAHDAH, M.D.,

        Defendant.

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

Place:  United States District Court        **COURTROOM #2**
           Joseph P. Kinneary U.S. Courthouse
           85 Marconi Boulevard              **November 15, 2018 at 2:30 P.M.**
           Columbus, Ohio 43215

TYPE OF PROCEEDING: **CHANGE OF PLEA**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

                                                  **EDMUND A. SARGUS, JR.**
                                                  **UNITED STATES CHIEF DISTRICT JUDGE**

DATE:   October 23, 2018

                                                     /s /   Christin M. Werner
                                                  (By) Christin M. Werner, Deputy Clerk